## RECONSIDERATION DOCKET

**96–1951.  State ex rel. Lantz v. Indus. Comm.**
Franklin App. No. 95APD07–840.  Reported at 83 Ohio St.3d 99, 698 N.E.2d 430.  On motion for reconsideration.  Motion denied.
LUNDBERG STRATTON, J., dissents.

**98–1684.  State ex rel. Manos v. Speese.**
Reported at 83 Ohio St.3d 1423, 699 N.E.2d 96.  On motion for reconsideration.  Motion denied.
DOUGLAS and F.E. SWEENEY, JJ., dissent, would grant the motion for reconsideration, vacate the administrative entry of dismissal, and grant relators' motion to dismiss per Civ.R. 41.